UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

2005 NOV 29 A 9 52

DON MENEFFEE

    Plaintiff,

v.                                  Case No. 3:05-cv-783-J-20-MMH

R. DAVID WELTER,

    Defendant.
_____/

## ORDER

Before the Court is the Plaintiff's Motion for Default Judgment (Doc. No. 5, filed November 23, 2005). Plaintiff has not applied to the Clerk for entry of default, pursuant to Local Rule 1.07(b) and Rule 55(a), Fed. R. Civ. P. Accordingly, Plaintiff's Motion is not properly before the Court at this time and is **DENIED WITHOUT PREJUDICE**.

**DONE AND ENTERED** at Jacksonville, Florida, this 28 day of November, 2005.

HARVEY E. SCHLESINGER
United States District Judge

**Copies to:**

Catheryn A. Sandler, Esq.
Tracy S. Comisford, Esq.
1243 High Street
Columbus, Ohio 43206