UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DON MENEFEE,

    Plaintiff,

vs.                                    CASE NO. 3:05-cv-783-J-20HTS

R. DAVID WELTER,

    Defendant.

_____

**O R D E R**

This cause is before the Court on several matters:

1. Plaintiff's Motion for Default (Doc. #7; Motion). The Memorandum in Opposition to Motion for Default Judgment (Doc. #9) has also been filed.

Rule 55(a) provides for entry of a clerk's default "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend[.]" In this case, the Answer of Defendant R. David Welter (Doc. #11; Answer) was filed on December 2, 2005, which satisfies the requirement that Defendant plead or otherwise defend. *See also In re Burchell Enter., Inc.*, No. 04-5193SBA, 2005 WL 1154302, at *2 (N.D. Cal. May 16, 2005). Accordingly, the Motion (Doc. #7) is **DENIED**.

2. The Motion for Leave to Plead (Doc. #8; Motion for Leave). The Motion for Leave is opposed. *See* Plaintiff's Response to Defendant's Motion for Leave to Plead (Doc. #16; Response).

Plaintiff's reliance on authority relating to default judgments, *see* Response at 3-4, is misplaced. Here, no entry of default has occurred, and there has been neither a judgment nor an application therefor. Thus, the Motion for Leave (Doc. #8) is **GRANTED** and the Answer shall remain as filed.

3. The Application to Appear Pro Hac Vice (Doc. #12), which is **GRANTED**. Tracy S. Comisford, Esquire, is permitted to appear *pro hac vice* on behalf of Defendant. Michael Robert Ufferman, Esquire, will serve as local counsel.

**DONE AND ORDERED** at Jacksonville, Florida this 27th day of January, 2006.

/s/        Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of record
 and *pro se* parties, if any