FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2006 MAY 31 P 1: 39

DON MENEFEE

    Plaintiff,

v.

    Case No. 3:05-cv-783-J-20-MMH

R. DAVID WELTER,

    Defendant.
_____/

## ORDER

Before the Court is the Defendant's Notice of Affidavit and Settlement Release (Doc. No. 36, filed May 30, 2006), wherein Defendant indicates that the Parties have reached a settlement on all claims. Therefore, the case is **DISMISSED without prejudice** for thirty (30) days, during which the Parties may submit a stipulated form of final order should they so choose **or** provided good cause is shown, move to reopen the action. After the thirty day period, however, without further notice or order, this dismissal shall be deemed to be *with prejudice*. The Clerk is directed to terminate all pending Motions, if any, and to close the file.

**DONE AND ENTERED** at Jacksonville, Florida, this 31st day of May, 2006.

HARVEY E. SCHLESINGER
United States District Judge

**Copies to:**

Catheryn A. Sandler, Esq.
Dennis Yacobozzi, Esq.
Michael Robert Ufferman, Esq.
Tracy S. Comisford, Esq.
Garry Randolph, CRD

1